**Guillermo QUINONES, Appellant,**

**v.**

**T.C. OUTLAW, Warden, FCI Forrest City, Appellee.**

No. 09–2107.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 5, 2010.

Filed: Feb. 23, 2010.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Guillermo Quinones, a federal inmate currently incarcerated in Arkansas, appeals the district court's[1] denial of relief under 28 U.S.C. § 2241. We affirm for

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.

the reasons stated by the district court. *See* 8th Cir. R. 47B.